1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT**
9           **SOUTHERN DISTRICT OF CALIFORNIA**
10

11   MICHAEL J. BOOTH,                          CASE NO. 10cv1236-WQH-NLS

12                              Plaintiff,      ORDER
                vs.
13   GEORGE NEOTTI, Warden; JOHN
     DOE, Supervisor and Correctional
14   Officer; R. BOLDING, Correctional
     Officer; T. ARMSTEAD, Correctional
15   Officer,

16                              Defendants.

17   HAYES, Judge:

18        The matter before the Court is the Motion for Leave to File Amended Complaint filed

19   by Plaintiff Michael Booth (ECF No. 35) and the Report and Recommendation issued by

20   Magistrate Judge Nita L. Stormes recommending that the motion be granted (ECF No. 44).

21                              **BACKGROUND**

22        On June 10, 2010, Plaintiff initiated this action by filing a Complaint pursuant to 42

23   U.S.C. § 1983. (ECF No. 1).  On October 15, 2010, Plaintiff filed a First Amended Complaint

24   ("Complaint").  (ECF No. 2).  The Complaint relates to treatment Plaintiff alleges to have

25   received while incarcerated at R. J. Donovan Correctional Facility in San Diego, California.

26        On February 17, 2012, Plaintiff filed a motion for leave to file an amended complaint,

27   "in order to name proper defendants who were not named in the [Complaint], dismiss

28   incorrectly named defendants from the litigation, dismiss the alleged intentional infliction of

1  emotional distress claims, and add the claim of negligent infliction of emotional distress

2  against all defendants." (ECF No. 35-1 at 1).  Defendants have not filed any opposition.

3      On March 26, 2012, the Magistrate Judge issued a Report and Recommendation

4  recommending that the motion for leave to file an amended complaint be granted.  (ECF No.

5  44). The Magistrate Judge ordered that "[a]ny party may file written objections with the Court

6  and serve a copy on all parties on or before April 9, 2012.... Any response to the objections

7  shall be filed and served on or before April 16, 2012."  (ECF No. 44 at 3).  To date, no

8  objections have been filed by any party.

9              **REVIEW OF THE REPORT AND RECOMMENDATION**

10     The duties of the district court in connection with a report and recommendation of a

11  magistrate judge are set forth in Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b).

12  The district judge must "make a de novo determination of those portions of the report ... to

13  which objection is made," and "may accept, reject, or modify, in whole or in part, the findings

14  or recommendations made by the magistrate." 28 U.S.C. § 636(b).  The district court need not

15  review de novo those portions of a report and recommendation to which neither party objects.

16  *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005); *U.S. v. Reyna-Tapia*, 328 F.3d

17  1114, 1121-22 (9th Cir. 2003) (en banc).

18     The Court has reviewed *de novo* the record and submissions in this case.   The

19  Magistrate Judge correctly stated that"[l]eave to amend should be freely given 'when justice

20  so requires.'" (ECF No. 44 at 2).  The Magistrate Judge correctly stated that "Five factors are

21  taken into account to assess the propriety of a motion for leave to amend: bad faith, undue

22  delay, prejudice to the opposing party, futility of amendment, and whether the plaintiff has

23  previously amended the complaint." *Id.*  The Magistrate Judge correctly found that there was

24  no bad faith, undue delay, prejudice to parties, or futility in Plaintiff's motion for leave to

25  amend the Complaint.  The Magistrate Judge correctly concluded that "Plaintiff should be

26  granted leave to amend, as justice so requires." *Id.*

27  ///

28  ///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONCLUSION**

IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 44) is ADOPTED in its entirety.  The Motion for Leave to File Amended Complaint filed by Plaintiff Michael Booth (ECF No. 35) is GRANTED.   Plaintiff shall file the Second Amended Complaint attached to his motion (ECF No. 35-3) within ten days of the date of this order.

DATED:  April 16, 2012

William Q. Hayes
**WILLIAM Q. HAYES**
United States District Judge