1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| MICHAEL J. BOOTH,              ) | Civil No. 10cv1236 WQH (NLS) |
|                               ) | |
| Plaintiff,          ) | |
| v.                            ) | **NOTICE AND ORDER SETTING** |
|                               ) | ***TELEPHONIC* SETTLEMENT** |
| GEORGE NEOTTI, et al.,         ) | **DISPOSITION CONFERENCE** |
|                               ) | |
| Defendants.         ) | |
| _____  ) | |

16        The parties have agreed to settle this case. The court will hold a ***telephonic*** Settlement

17  Disposition Conference (SDC) on **July 13, 2012, at 10:30 a.m.** before Magistrate Judge Stormes.

18  Plaintiff's counsel shall initiate the conference call.  The court will vacate the SDC if the parties file the

19  appropriate dismissal papers before that time.

20        **IT IS SO ORDERED**.

21
22  DATED:  May 31, 2012

23

24  _____
                                 Hon. Nita L. Stormes
25                               U.S. Magistrate Judge
                                 United States District Court
26
27
28